[No. 34981-3-I.    Division One.    July 31, 1995.]

BRIAN O'NEILLS, INC., *Respondent*, v. THE CITY OF SEATTLE, SEATTLE POLICE DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-28380-6, Liem E. Tuai, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[No. 34992-9-I.    Division One.    July 31, 1995.]

PAUL Z. SOROKA, *Appellant*, v. THANH DOAN SOROKA, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 91-3-00294-9, Alan R. Hancock, J., entered July 29, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35038-2-I.    Division One.    July 31, 1995.]

BASS PARTNERSHIP, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-24917-9, Liem E. Tuai, J., entered July 11, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Webster, J. Now published at 79 Wn. App. 276.

[No. 35205-9-I.    Division One.    July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02990-0, Bobbe J. Bridge, J., entered August 30, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Agid, J.